Submitted on record and briefs May 1, OAR 255-050-0005(2)(c) held valid
June 26, petition for review denied September 24, 2003 (316 Or 16)

SCOTT LOVELACE,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

A109610

72 P3d 118

Scott A. Lovelace filed the briefs *pro se*.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

In this proceeding pursuant to ORS 183.400, petitioner challenges the validity of OAR 255-050-0005(2)(c). That rule authorizes the Board of Parole and Post-Prison Supervision to postpone an inmate's scheduled release date if the inmate refuses to participate in a psychiatric or psychological evaluation ordered by the board. Petitioner argues that the rule exceeds the board's authority granted under ORS 144.223. Petitioner further, and alternatively, asserts that the rule is facially unconstitutional as violating state and federal constitutional provisions pertaining to free expression and protecting against compelled self-incrimination. Or Const, Art I, §§ 8, 12; US Const, Amends I, V. We have previously rejected petitioner's statutory argument in *Gholston v. Palmateer*, 183 Or App 7, 51 P3d 617 (2002). We reject petitioner's facial constitutional challenges without discussion.

OAR 255-050-0005(2)(c) held valid.